UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEVEN SEAS PETROLEUM, INC., | § § | |
| Plaintiff, | § § | CASE NO. 4:08-cv-03048 |
| v. | § § | JUDGE NANCY F. ATLAS |
| CIBC WORLD MARKETS CORP., | § § § | |
| Defendant. | § | |

### ORDER ON CIBC WORLD MARKETS CORP.'S MOTION FOR STAY

The Court, having considered the briefing of the parties on Defendant CIBC World Markets Corp.'s Motion for Stay of Case After Completion of Fact Discovery, is of the opinion that the Motion for Stay should be GRANTED. It is, therefore, hereby

ORDERED that this Action, excepting fact discovery, is stayed for six months from the date of this Order while the Fifth Circuit considers the Petition for appeal in *In re MPF Holdings*, 443 B.R. 736, 744 (Bankr. S.D. Tex. 2011). In the event the Fifth Circuit in *In re MPF Holdings* declines to permit an immediate appeal or renders a decision on the merits within six months, the stay in this Action shall expire fourteen (14) days after the date that decision is rendered.

It is further ORDERED that, in the event the Fifth Circuit has not rendered a decision on the merits in *In re MPF Holdings* at the time the stay expires, the parties shall attend a status conference at a date and time to be set by the Court to discuss how best to proceed.

SIGNED this _____ day of _____, 2011.

_____
Judge Nancy F. Atlas
United States District Judge